MARY KILEY, an Infant, by GEORGE F. KILEY, Her Guardian ad Litem, Respondent, *v.* JAMES WEIR et al., Appellants.

REBA FRAME, Respondent, *v.* LESLIE A. KILEY et al., Appellants.

(Argued June 1, 1933; decided July 11, 1933.)

*Raymond F. Nichols* for James M. Weir, appellant.
*Chester Winslow* for Leslie A. Kiley, appellant.
*Fred J. O'Donnell* and *Willard R. Pratt* for respondents.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.